FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ JUN 8 2005 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BRUCE DEL TURCO, VINCENT DELAZZERO, THOMAS LANE and JAMES BARTALONE, as Trustees and Fiduciaries of the TILE LAYERS LOCAL UNION 52 PENSION, INSURANCE AND WELFARE, AND ANNUITY FUNDS, ROBERT WELTER, CHARLES OLIVERI, JOSEPH CURVINO and BRUCE DEL TURCO, as Trustees and Fiduciaries of the TILE FINISHERS LOCAL UNION NO. 77 OF NY & NJ PENSION, WELFARE AND ANNUITY FUNDS, and JOHN J. FLYNN, LOUIS WEIR, DOMINIC SPANO, KENNETH LAMBERT, FRANK STUPAR, JAMES BOLAND, GERALD O'MALLEY, JOSEPH BRAMLETT, GEORGE HARBISON, PAUL SONGER, CHARLES VELARDO, EUGENE GEORGE, MATTHEW AQUILINE, DAN SCHIFFER, JOSEPH SPERANZA, JR. and VINCENT DELAZZERO as Trustees and Fiduciaries of the BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION, HEALTH AND ANNUITY FUNDS,

Plaintiffs,

-against-

BRB CERAMIC TILE MARBLE & STONE and SHORECRAFT TILE, MARBLE, GRANITE & STONE, INC.,

Defendants.

03 Civ. 1516 (JG)

**NOTICE OF DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Fed. Civ. P. Rule 41(a)(1)(i), the above-captioned action be and hereby is dismissed in its entirety without prejudice with respect to defendant Shorecraft Tile, Marble, Granite & Stone, Inc.

Dated: New York, New York
May 26, 2005

BARNES, IACCARINO, VIRGINIA,
AMBINDER & SHEPHERD, PLLC

By: _____
      Charles R. Virginia (CV 8214)
Trinity Centre
111 Broadway, Suite 1403
New York, N.Y. 10006
(212) 943-9080
Attorneys for Plaintiffs

SO ORDERED:

s/John Gleeson
U.S.D.J.